# Court of Appeals
# of the State of Georgia

ATLANTA, April 30, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1619. BRENT SEYLER et al. v. ADVANCED COMPUTING TECHNOLOGIES, INC.

On November 20, 2012, this Court granted Brent Seyler, Sergey Alexandrov, and Delphi Communications, Inc.'s application for interlocutory appeal. The order notified the applicants that they had ten days from the date of the order to file a notice of appeal. See OCGA § 5-6-34 (b). Sixteen days later, on December 6, 2012, the applicants filed their notice of appeal.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *LaBrew v. State*, 315 Ga. App. 865 n. 3 (729 SE2d 33) (2012). Because the applicants failed to file their notice of appeal within ten days of our order granting their application, the notice of appeal is untimely. Accordingly, this appeal is DISMISSED for lack of jurisdiction. See OCGA § 5-6-48 (b) (1); *Barnes v. Justis*, 223 Ga. App. 671, 671-672 (478 SE2d 402) (1996).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/30/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*